IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR M. WILLIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF JOLIET ET AL., | ) | Case No. 20-cv-5367 |
| Defendants. | ) | |
| | ) | Consolidated with |
| | ) | |
| JAMAL M. SMITH, | ) | Case No. 20-cv-5387 |
| Plaintiff, | ) | |
| v. | ) | **Hon. Sara L. Ellis** |
| | ) | |
| CITY OF JOLIET, and | ) | |
| UNKNOWN JOLIET POLICE OFFICERS, | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## DEFENDANT'S MOTION TO PARTIALLY DISMISS
## PLAINTIFF JAMAL M. SMITH'S COMPLAINT PURSUANT TO RULE 12(B)(6)

NOW COMES Defendant CITY OF JOLIET, through its attorneys, MICHAEL D. BERSANI and G. DAVID MATHUES of HERVAS, CONDON, AND BERSANI, P.C., and pursuant to Federal Rule of Civil Procedure 12(b)(6) moves to dismiss Counts III, IV, VI, VIII, and IX of Plaintiff Jamal M Smith's Complaint. In support thereof, Defendant states the following:

1. This case arises from a physical altercation between the plaintiff and the City of Joliet's mayor on May 31, 2020. Plaintiff has filed an eleven-count complaint against the City of Joliet. Plaintiff's brother, Victor Williams, has filed a virtually identical suit, that has since been consolidated with this case.

2. A complaint that fails to state a claim on which relief may be granted should be dismissed. *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

3. Count III is a *Monell* claim, and it should be dismissed because Plaintiff offers only the kind of "labels and conclusions" that do not meet *Iqbal*'s plausibility requirement.

4. Count IV is a substantive due process claim under the Fourteenth Amendment, and it should be dismissed because the conduct alleged is expressly governed by the text of the Fourth Amendment, and where a specific constitutional amendment applies, the Fourteenth Amendment's nebulous "substantive due process" standard is irrelevant. *Doe v. Heck*, 327 F.3d 492, 519 (7th Cir. 2003), *as amended on denial of reh'g* (May 15, 2003).

5. Counts VI and IX are conspiracy claims and they should be dismissed because conspiracy claims inherently require more factual detail (this was true even before *Iqbal*). But, as with the *Monell* claim, the only thing Plaintiff offers are "labels and conclusions."

6. Count VIII is a malicious prosecution claim, and it should be dismissed because this claim requires that Plaintiff had been subject to judicial proceedings and that such proceedings terminated in a manner indicative of innocence. *Beaman v. Freesmeyer*, 2019 IL 122654, ¶ 26, 131 N.E.3d 488, 495. But Plaintiff was never subjected to judicial proceedings. He was *arrested*, but never charged, so his only claim is for false arrest. *Barrow v. Blouin*, 38 F. Supp. 3d 916, 922 (N.D. Ill. 2014).

7. Defendants have filed a memorandum of law contemporaneous with this motion. For the sake of convenience, Defendants have combined their memorandum to address both Jamal Smith's complaint and his brother, Victor Williams', all-but-identical complaint because the issues are identical.

WHEREFORE, Defendant CITY OF JOLIET respectfully requests this Court to dismiss Counts III, IV, VI, VIII, and IX of Plaintiff Jamal M. Smith's Complaint.

Respectfully submitted,

s/ G. David Mathues
MICHAEL D. BERSANI, ARDC No. 06200897
G. DAVID MATHUES, ARDC No. 06293314
*Attorneys for Defendant*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774   F: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR M. WILLIAMS, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 20-cv-5367 |
| CITY OF JOLIET ET AL., | ) |
| Defendants. | ) |
| | ) Consolidated with |
| JAMAL M. SMITH, | ) |
| Plaintiff, | ) Case No. 20-cv-5387 |
| v. | ) **Hon. Sara L. Ellis** |
| CITY OF JOLIET, and UNKNOWN JOLIET POLICE OFFICERS, | ) |
| | ) JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on **November 12, 2020**, I electronically filed the foregoing ***Defendant's Motion to Partially Dismiss Plaintiff Jamal M. Smith's Complaint Pursuant to Rule 12(b)(6)*** with the Clerk of the District Court for the Northern District of Illinois, using the CM/ECF system, which will send notice to the following participants:

**TO:** Lawrence X. O'Reilly, 110 E. Schiller St., Suite 224, Elmhurst, IL 60126, lxolaw@gmail.com

Michael Eric Baker, Spector & Baker, 190 S. LaSalle St., Suite 1540, Chicago, IL 60603
mike@spectorbaker.com

Sabrina Spano, City of Joliet, 150 W. Jefferson St., Joliet, IL 60432, sspano@joliet.gov

                                            s/ G. David Mathues
                                            MICHAEL D. BERSANI, ARDC No. 06200897
                                            G. DAVID MATHUES, ARDC No. 06293314
                                            *Attorneys for Defendant*
                                            HERVAS, CONDON & BERSANI, P.C.
                                            333 W. Pierce Road, Suite 195
                                            Itasca, IL 60143-3156
                                            P: 630-773-4774       F: 630-773-4851
                                            mbersani@hcbattorneys.com
                                            dmathues@hcbattorneys.com